UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **EDCV 23-01896-MWF (SHKx)**                                 Date:  May 20, 2025

Title         ***Butch Sechrist v. Rev Recreation Group, Inc. et al***

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:           Attorneys Present for Defendants:
Not Present                                                 Not Present

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE**

   On April 23, 2025, the Court issued an Order re Jury Trial (the "Order"). (Docket No. 41).  The Order set June 24, 2025 as the trial date and established May 12, 2025 as the deadline to file Memorandum of Contentions of Fact and Law, Exhibit and Witness Lists, a Status Report regarding settlement, and all Motions in Limine.  (*Id.* at 2).  The Order also established May 19, 2025, as the deadline for the parties to lodge the Pretrial Conference Order, an agreed set of Jury Instructions and Verdict Form, a statement regarding Disputed Instructions and Verdict Form, and Oppositions to Motions in Limine.  (*Id.*).  The Court set the Pretrial Conference for June 2, 2025.  (*Id.*).

   To date, the parties have filed none of the required trial documents.

   The Court now **ORDERS** Plaintiff to **SHOW CAUSE** (the "OSC") in writing why the matter should not be dismissed for lack of prosecution.  The response to the OSC shall be no more than ten pages (not including exhibits) and shall be filed on or before **May 28, 2025**.  Failure to file a response to the OSC by that date will result in dismissal of the action.  Defendants' optional reply of no more than ten pages shall be filed on or before **June 4, 2025**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **EDCV 23-01896-MWF (SHKx)**                              Date:  May 8, 2025

Title         ***Butch Sechrist v. Rev Recreation Group, Inc. et al***

    The Pretrial Conference currently scheduled for **June 2, 2025** is hereby **VACATED**.  The matter remains set for trial on **June 24, 2025**.

    IT IS SO ORDERED.